UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

U.P. RENTALS, INC.,

    Plaintiff,

v.    Case No. 2:07-cv-108
    CONSENT CASE

EVANSTON INSURANCE COMPANY,

    Defendant.
_____/

STACEY STACHNIK ENTERPRISES, INC.,

    Plaintiff,

v.    Case No. 2:07-cv-109

EVANSTON INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that plaintiffs' Joint Motion to Remand (Docket #15) is GRANTED and this case is REMANDED to the Schoolcraft County Circuit Court.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:   November 21, 2007